Lane Myers
P.O. Box 30554
Tucson Arizona, 85751
lanesbackupacct@gmail.com



# IN THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lane Myers; | No. ___CV-26-292-TUC-AMM (PSOT)___ |
|       Plaintiff, | |
| v. | |
| Regina Romero, individual capacity; | **REQUEST TO PROCEED IN FORMA PAUPERIS** |
| Brandon Williams, individual capacity; | |
| William Corrales, individual capacity; | |
| Robert Dobell, individual capacity; and | |
| City of Tucson, municipal corporation and a governmental entity, | Hon._____ |
|       Defendants. | |

**Request to proceed IFP**

    Mr. Myers files this request to proceed IFP pursuant to 28 U.S.C. § 1915. Mr. Myers has also filed the required financial documents pursuant to LRCiv 3.3. Mr. Myers believes he is eligible to proceed IFP.

6-4-2026

_(signature)_

Lane Myers, Pro Se