Lane Myers
P.O. Box 30554
Tucson Arizona, 85751
lanesbackupacct@gmail.com



FILED ✓ _____ LODGED
_____ RECEIVED _____ COPY

JUN – 4 2026

CLERK U S  DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF ARIZONA

Lane Myers;

       Plaintiff,

v.

Regina Romero, individual capacity;

Brandon Williams, individual capacity;

William Corrales, individual capacity;

Robert Dobell, individual capacity; and

City of Tucson, municipal corporation
and a governmental entity,

       Defendants.

No.   CV-26-292-TUC-AMM (PSOT)

**AFFADAVIT OF INABILITY
TO PAY COSTS**

    **(LRCiv 3.3)**

Hon._____

### Declaration in support of request to proceed IFP

Pursuant to LRCiv 3.3, Mr. Myers files this Declaration in support of his request to proceed IFP. Please find the following affidavit of financial means.

1. **A statement as to current employment including the amount of wages or salary per month and the name and address of the current employer._**

Mr. Myers is self employed. He currently earns approximately $500.00-$1000.00 a month on average.

2. **A statement as to any money received within the past twelve months from any of the following sources:**

(A) self-employment; Approximately $7000.00 revenue, $0.00 profit

(D) Gifts or inheritance; Approximately $1500.00

3. **A statement as to any cash in possession and as to any money in a financial institution, including checking, savings, and any other accounts. The statement shall include any money available to the declarant.**

Approximately $400.00 combined in Savings and Checking accounts

4. **A statement as to any automobiles.** 2005 Ford Econoline Van with 836,000 miles, Approximate value of $1500.00

5. Because of poverty, Mr. Myers is currently unable to pay the costs of the proceeding or given security therefore. Mr. Myers believes due to his financial situation he is entitled to relief.

**This declaration shall be executed under penalty of perjury.**

**6-4-2026**

**Lane Myers, Pro Se**