# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lane Myers, | No. CV-26-00292-TUC-AMM (P) |
| Plaintiff, | **ORDER** |
| v. | |
| Regina Romero, et al., | |
| Defendants. | |

A judge has a duty to disqualify herself for the reasons specified in 28 U.S.C. § 455(b). She shall also disqualify herself to avoid the appearance of impropriety or if her impartiality could be reasonably questioned, whether or not such impartiality actually exists. *Id.* § 455(a); *see also Code of Conduct for United States Judges*, Canons 2 and 3. The Court has reviewed this case file and finds that it is advisable to recuse itself pursuant to 28 U.S.C. § 455.

Accordingly,

**IT IS ORDERED** that this case has been randomly reassigned to the Honorable Scott H. Rash. The parties are advised that all future case filings must bear the following case number: CV-26-00292-TUC-SHR.

Dated this 5th day of June, 2026.

Honorable Angela M. Martinez
United States District Judge